**Slip Op. 03-57**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____

|  |  |  |
|---|---|---|
| | : | |
| NSK LTD. and NSK CORPORATION; | : | |
| NTN BEARING CORPORATION OF AMERICA, | : | |
| AMERICAN NTN BEARING MANUFACTURING | : | |
| CORPORATION, NTN BOWER CORPORATION and | : | |
| NTN CORPORATION; KOYO SEIKO CO., LTD. | : | |
| and KOYO CORPORATION OF U.S.A., | : | |
| | : | |
| Plaintiffs and | : | |
| Defendant-Intervenors, | : | |
| | : | Consol. Court No. |
| v. | : | 00-04-00141 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| and | : | |
| | : | |
| THE TIMKEN COMPANY, | : | |
| | : | |
| Defendant-Intervenor | : | |
| and Plaintiff. | : | |
| | : | |

_____

## JUDGMENT

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") <u>Final Results of Redetermination Pursuant to Court Remand</u> ("Remand Results") in <u>NSK Ltd. and NSK Corporation; NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower Corporation and NTN Corporation; Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A. v. United States and The Timken Company</u>, 27 CIT ___, 245 F. Supp. 2d 1335 (2003), and Commerce having complied with the Court's Remand Order of January 9, 2003, and no responses to the Remand Results having been submitted by plaintiffs, it is hereby

**ORDERED** that the Remand Results filed by Commerce on April 8, 2003, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS   TSOUCALAS
SENIOR JUDGE

Dated: May 21, 2003
      New York, New York